**FILED**

11/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
JOSEPH M. SAYLER

FILED

NOV 30 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Joseph M. Sayler has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Sayler's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Sayler passed the MPRE in 2008 when seeking admission to the practice of law in Minnesota. Sayler was admitted to the State Bar of Minnesota in 2008 and was admitted to and remained a member in good standing of the State Bar of Minnesota since 2016. Sayler has also been a member of North Dakota State Bar since 2011. The petition states that Sayler has been practicing law "ethically and without incident" since 2008. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Joseph M. Sayler to waive the three-year test requirement for the MPRE for purposes of Sayler's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 30 day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2